# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPEHN I. OSTROW, an individual; on behalf of himself and all others similarly situated, and on behalf of the general public, and ROES 1 through 100, inclusive,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JP MORGAN CHASE & CO., a Delaware corporation; JP MORGAN CHASE BANK, N.A., a New York corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a Delaware corporation; WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 09 CV 1445 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>Doc. No. 8 |

Pending before the court is a joint motion to extend the time for Defendants to file a responsive pleading to the Plaintiff's complaint. Finding good cause, the court GRANTS the joint motion. Defendants shall file their responsive pleadings no later than September 30, 2009.

**IT IS SO ORDERED.**

DATED: September 22, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge