# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN I. OSTROW, an individual; on behalf of himself and all others similarly situated, and on behalf of the general public, and ROES 1 through 100, inclusive,<br><br>                      Plaintiff,<br>    vs.<br><br>JP MORGAN CHASE & CO., a Delaware corporation; JP MORGAN CHASE BANK, N.A., a New York corporation; CHASE BANK USA, NATIONAL ASSOCIATION, a Delaware corporation; WASHINGTON MUTUAL, INC., a Washington corporation; WASHINGTON MUTUAL BANK, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>                      Defendants. | CASE NO. 09 CV 1445 JM (AJB)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Doc. No. 15 |

    Pending before the court is a motion to dismiss the complaint. (Doc. No. 15). Plaintiff, however, subsequently filed a first amended complaint on November 25, 2009 which is now the operative complaint. Therefore, the court hereby DENIES the motion to dismiss as moot.

    **IT IS SO ORDERED.**

DATED: November 30, 2009

                                                           Hon. Jeffrey T. Miller
                                                            United States District Judge